In re: Marvin L. KOTLER, Petitioner.

No. 04–6589.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 5, 2004.

Decided: May 21, 2004.

Marvin L. Kotler, Petitioner pro se.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin L. Kotler petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to compel the production of information and his motion for expungement of criminal restitution. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court denied both of these motions on March 12, 2004. Accordingly, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*